IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01925-REB-KLM

RONALD NAGIM, and
JANET NAGIM,

    Plaintiffs,

v.

STEPHEN IRVING,
JOSEPH E. ABRAHAM, JR.,
SANDRA ABRAHAM,
JOSEPH E. ABRAHAM, III,
ALICIA PELLERGRIN, and
LOUISIANA STATE UNIVERSITY,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiffs' **Response to the Order to Show Cause** titled "Motion to Show Cause" [Docket No. 25; Filed August 30, 2010] (the "Response"). To the extent that Plaintiffs intended the Response to replace their previous response to Defendants' Motions to Dismiss or to respond to my Order to Show Cause, it does not comply with the Court's Local Rules in several respects. First, the majority of the Response is single spaced in violation of D.C.COLO.LCivR 10.1E. Second, the Response is not signed in violation of D.C.COLO.LCviR 10.1K. Third, the Response, which is titled as a motion, is inappropriately titled and does not comply with D.C.COLO.LCivR 7.1C. Despite the fact that Plaintiffs are proceeding *pro se*, they must comply with the rules of this Court. *Green v. Dorell*, 969 F.2d 915, 917 (10th Cir. 1992).

IT IS HEREBY **ORDERED** that the Response [#25] is **STRICKEN** for failure to comply with the Local Rules set forth above. Plaintiffs' deadline to respond to the Order to Show Cause [Docket No. 24] remains **September 3, 2010**. To this end, Plaintiffs shall show cause why their first response to the pending Motions to Dismiss [Docket No. 17] should not be stricken for failing to comply with my prior Order [Docket No. 16] or Plaintiffs shall file an "Amended Combined Response to the Pending Motions to Dismiss" containing two signature lines, one personally signed by Mr. Nagim and one personally signed by Ms. Nagim. **All future pleadings which do not comply with the rules of this Court shall be summarily stricken**.

Dated: August 30, 2010