IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01925-REB-KLM

RONALD NAGIM, and
JANET NAGIM,

    Plaintiffs,

v.

STEPHEN IRVING,
JOSEPH E. ABRAHAM, JR.,
SANDRA ABRAHAM,
JOSEPH E. ABRAHAM, III,
ALICIA PELLERGRIN, and
LOUISIANA STATE UNIVERSITY,

    Defendants.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion for Default Judgment** [Docket No. 29; Filed August 30, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Pursuant to Fed. R. Civ. P. 55(a), default judgment is not an appropriate remedy unless Plaintiffs have first moved for and obtained entry of default from the Clerk of Court. *See Nagim v. Napolitano*, No. 10-cv-00329, 2010 WL 2163646, at *1 (D. Colo. May 27, 2010) (unpublished decision) (noting that "[f]ailure to successfully complete the first step of obtaining an entry of default necessarily precludes the granting of default judgment at step two").

    Dated: August 30, 2010

                                              BY THE COURT:
                                              /s/ Kristen L. Mix
                                              U.S. Magistrate Judge
                                              Kristen L. Mix