**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01925-REB-KLM

RONALD NAGIM, and
JANET NAGIM,

     Plaintiffs,

v.

STEPHEN IRVING,
JOSEPH E. ABRAHAM, JR.,
SANDRA ABRAHAM,
JOSEPH E. ABRAHAM, III,
ALICIA PELLEGRIN, and
LOUISIANA STATE UNIVERSITY,

     Defendants.

**MINUTE ORDER**[1]

     The matter is before the court on plaintiffs' **Motion To Show Cause and See Proof As To Wrong Decision Made** [#53] filed January 21, 2011.  The motion is **STRICKEN.**  The court notes that this case is now before the Tenth Circuit.

     Dated:  January 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.